# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**THOMAS M. TURMAN**
**HOSPITAL CORPSMAN FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201400123**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 12 December 2013.
**Military Judge:** CAPT Bethany Payton O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, Navy Operational Support Center, Sacramento, CA.
**For Appellant:** CDR Christopher Roper, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**26 June 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court